## IN THE UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF ARKANSAS
## FAYETTEVILLE DIVISION

**GREGG NICHOLAS**                                                             **PLAINTIFF**

V.                         **CASE NO. 5:21-CV-5104**

**SHERIFF RICK EVANS, Madison County,**
**Arkansas, et al.**                                                **DEFENDANTS**

## ORDER

Comes on for consideration the Report and Recommendation (Doc. 10) filed in this case on August 24, 2021, by the Honorable Mark E. Ford, United States Magistrate Judge for the Western District of Arkansas. Fourteen (14) days have passed without objections being filed by the parties.

The Court has reviewed this case and, being well and sufficiently advised, finds as follows: the Report and Recommendation is proper and should be and hereby is **ADOPTED IN ITS ENTIRETY**. Accordingly, for the reasons stated in the Magistrate Judge's Report and Recommendation, the case is **DISMISSED WITHOUT PREJUDICE** pursuant to 28 U.S.C. § 1915A(b)(1).

**IT IS SO ORDERED** on this 13th day of September, 2021.

                                                        /s/ Timothy L. Brooks
                                                      TIMOTHY L. BROOKS
                                                      UNITED STATES DISTRICT JUDGE