IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

**GREGG NICHOLAS**                                                                                        **PLAINTIFF**

**V.**                                    **CASE NO. 5:21-CV-5104**

**SHERIFF RICK EVANS, Madison County,
Arkansas, et al.**                                                                                        **DEFENDANTS**

### ORDER

Now before the Court is the Report and Recommendation ("R&R") (Doc. 10) filed in this case on August 24, 2021, by the Honorable Mark E. Ford, United States Magistrate Judge for the Western District of Arkansas. On September 13, 2021, Plaintiff Gregg Nicholas filed Objections to the R&R. *See* Doc. 12. The Court has reviewed the entire record *de novo* in light of the Objections. *See* 28 U.S.C. § 636(b)(1).

The R&R contends the Amended Complaint should be dismissed, first, because the statute of limitations expired on Mr. Nicholas's claims, and second, because even if the statute of limitations did not expire, the Amended Complaint fails to state a claim upon which relief may be granted. Mr. Nicholas responds that he "just recently concluded legal proceedings related to his criminal case where he sought supplemental facts so as to reverse and possibly vacate his conviction." (Doc. 12, p. 1). Therefore, he appears to argue that the statute of limitations on his Equal Protection claim did not begin to run until just recently. However, as the Magistrate Judge explained in the R&R, even if the Court were to assume Mr. Nicholas's cause of action was timely filed, it would still be subject to dismissal for it fails to state a claim of constitutional dimension.

The Amended Complaint alleges that Mr. Nicholas was involved in a series of violent altercations with his neighbor. He maintains he was severely wounded when his neighbor

shot him on January 30, 2018; but it was Mr. Nicholas who was arrested by law enforcement and not his neighbor. Mr. Nicholas admits he was later prosecuted and then convicted of a crime and is now incarcerated in a federal prison. Nevertheless, he blames the Defendants for selectively arresting him and then recommending prosecution—all in violation of Mr. Nicholas's right to Equal Protection under the Fourteenth Amendment. *See* Doc. 9, p. 6.

Having now reviewed the Amended Complaint, the Court agrees with the Magistrate Judge that it fails to state a plausible claim for selective prosecution. There are no facts to show Mr. Nicholas is a member of a suspect class and was singled out for prosecution on that basis. Accordingly, **IT IS ORDERED** that the Objections are **OVERRULED**. The R&R is **ADOPTED IN ITS ENTIRETY**, and the case is **DISMISSED WITHOUT PREJUDICE** pursuant to 28 U.S.C. § 1915A(b)(1).

IT IS SO ORDERED on this 30th day of September, 2021.

TIMOTHY L. BROOKS
UNITED STATES DISTRICT JUDGE